IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOCELYN TROELL, individually, and for the estate of STEPHEN TROELL, et al<br><br>Plaintiffs,<br>v.<br>BINANCE HOLDINGS LIMITED d/b/a BINANCE and BINANCE.COM, and CHANGPENG ZHAO,<br><br>Defendants. | Case No.: 1:24-cv-07136<br><br>JURY TRIAL DEMANDED |

## EMERGENCY APPLICATION FOR SERVICE BY US. MARSHAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 4(C)(3)

Plaintiffs hereby move on an emergency basis for the Court to appoint the U.S. Marshal Service to serve Defendant Changpeng Zhao pursuant to Federal Rule of Civil Procedure 4(c)(3), in order to effect service before Defendant Zhao's imminent departure from the United States.

Plaintiffs filed this action on September 20, 2024. A summons issued on September 23, 2024. Plaintiffs immediately made vigorous efforts to effect service on Defendant Zhao, who was at that time reported to be in federal custody at the Residential Reentry Management Long Beach Correctional Facility, located at 1299 Seaside Avenue in San Pedro, CA 90731, from which he was originally scheduled to be released on September 29, 2024. When process servers attempted to locate him there, they were informed by Bureau of Corrections personnel that he was longer at the facility and that no information about his current whereabouts could be provided.

Process servers then made multiple inquiries with Department of Justice (DOJ) personnel in both the Central District of California and at DOJ headquarters in Washington, DC. They were ultimately advised to provide the summons to the Los Angeles County Sheriff's Department,

SO ORDERED
/s/ Jed S. Rakoff
USDJ
9-27-24

who could then contact the Department of Justice to obtain Defendant Zhao's location and effect service. Plaintiffs provided the summons to the sheriff's office but were advised that timely service was not possible and that Plaintiffs should go through the Marshal's Service to effect service.

Concurrently with those inquiries, multiple press reports indicated that Defendant Zhao would be released today—Friday, September 27, 2024—and is expected to depart the United States immediately upon release. If he departs the United States before service is effected, the progress of this litigation will be materially slowed or frustrated by the need to attempt service abroad.

In light of the exigency of the situation, Plaintiffs request pursuant to Rule 4(c)(3) that the Court appoint the U.S. Marshal Service to locate Defendant Zhao and serve the summons upon him in person prior to his departure from custody, or failing that, prior to his departure from the United States. This appointment is necessary to ensure service.

Dated: September 27, 2024

Respectfully submitted,

SPARACINO PLLC

*/s/ Tejinder Singh*

Tejinder Singh
Adam J. Goldstein
Ryan R. Sparacino (*pro hac vice* forthcoming)
Geoffrey P. Eaton (*pro hac vice* forthcoming)
Matthew J. Fisher (*pro hac vice* forthcoming)
SPARACINO PLLC
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Tel: (202) 629-3530
tejinder.singh@sparacinopllc.com
adam.goldstein@sparacinopllc.com
ryan.sparacino@sparacinopllc.com
geoff.eaton@sparacinopllc.com
matt.fisher@sparacinopllc.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 27, 2024, I caused the foregoing emergency motion to be electronically filed via the Court's CM/ECF system, which effected service of the document upon all counsel of record.

/s/ Tejinder Singh
Tejinder Singh

*Counsel for Plaintiffs*