UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOCELYN TROELL et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED d/b/a BINANCE and BINANCE.COM, and CHANGPENG ZHAO,<br><br>Defendants. | No. 24 Civ. 07136 (JSR) |

**DEFENDANT BINANCE HOLDINGS LIMITED'S**
**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Binance Holdings Limited identifies that its parent corporation is Binance (Services) Holdings Limited and that no publicly held corporation owns 10% or more of its stock.

Date:  October 16, 2024

/s/ Samson A. Enzer
**CAHILL GORDON & REINDEL LLP**
Samson A. Enzer
Anirudh Bansal
Sesi Garimella

32 Old Slip
New York, NY 10005
(212) 701-3125
SEnzer@cahill.com
ABansal@cahill.com
SGarimella@cahill.com

*Attorneys for Binance Holdings Limited*