# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

**U.S. Department of Justice**
**United States Marshals Service**

RECEIVED
2024 OCT -2 PM 2:33

| | |
|---|---|
| **PLAINTIFF** Troell et al | **COURT CASE NUMBER** 24cv7136 |
| **DEFENDANT** Binance Holdings Limited et al | **TYPE OF PROCESS** Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Changpeng Zhao
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
RRM Long Beach Correctional Facility, 1299 Seaside Avenue San Pedro, CA 90731

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Adam J. Goldstein (Sparacino PLLC)
1920 L Street, NW
Washington, DC 20036
847-530-7753 (cell)

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Serve process as soon as possible because Changpeng Zhao is scheduled to be transported out of the country.
He is in federal custody but might not be in this facility any longer.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 847-530-7753
DATE: 9/27/2024

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 054
District to Serve No. 012
Signature of Authorized USMS Deputy or Clerk: [signed]
Date: 9/27/2024

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 9-30-24  Time: 0730  [X] am [ ] pm

Address (complete only different than shown above):
15127 Greenleaf, Sherman Oaks, CA

Signature of U.S. Marshal or Deputy: [signed] 31938

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

- Attempted to Serve At 15127 Greenleaf St. Sherman Oaks, CA. Was Unsuccessful, however, the occupant stated Changpeng Zhao had taken a flight outside of the U.S. on Friday, September, 27, 2024.

- Attempted to Serve at the address RRM Long Beach Correctional Facility at 1330pm Friday September 27, 2024, but was told that he had already left the facility.

Form USM-285
Rev 03/21