UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOCELYN TROELL, et. al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>BINANCE HOLDINGS LIMITED, et. al.,<br><br>　　　　　　Defendants. | Docket No. 1:24-cv-07136 (JSR)<br><br>**ORAL ARGUMENT**<br>**NOVEMBER 27, 2024 AT 2 PM** |

### NOTICE OF DEFENDANT BINANCE HOLDINGS LIMITED'S <u>MOTION TO DISMISS</u>

PLEASE TAKE NOTICE that Defendant Binance Holdings Limited, upon the accompanying Memorandum of Law and the Declaration of Samson A. Enzer, including all exhibits attached thereto, will move, by and through their undersigned counsel, before the Honorable Jed S. Rakoff, United States District Court Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(2), dismissing with prejudice the Complaint (ECF No. 1) filed by Plaintiffs in the above-captioned proceeding.

PLEASE TAKE FURTHER NOTICE that pursuant to the Civil Case Management Plan (ECF No. 17) entered October 16, 2024, the schedule for service and filing of the parties' papers in connection with this motion is the following: (1) Defendant's Motion to Dismiss to be filed by November 1, 2024; (2) Plaintiffs' answering papers to be filed by November 15, 2024; and (3) Defendant's reply papers to be filed by November 22, 2024.  Oral argument on Defendant's Motion to Dismiss is set for November 27, 2024, at 2:00 P.M.

Dated: November 1, 2024  	Respectfully submitted,
      New York, New York

*/s/ Samson A. Enzer*
**CAHILL GORDON & REINDEL LLP**
Samson A. Enzer
Anirudh Bansal
Sesi Garimella
32 Old Slip
New York, New York 10005
Telephone: (212) 701-3125
Facsimile: (212) 269-5420
SEnzer@cahill.com
ABansal@cahill.com
SGarimella@cahill.com

*Attorneys for Binance Holdings Limited*