**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

JOCELYN TROELL, individually, and for
the estate of STEPHEN TROELL, et al.,

      Plaintiffs,

      v.

BINANCE HOLDINGS LIMITED d/b/a
BINANCE and BINANCE.COM, et al.,

      Defendants.

Case No.: 1:24-cv-7136 (JSR)

## [PROPOSED] ORDER GRANTING REQUEST FOR LEAVE TO PROCEED PSEUDONYMOUSLY

Prior to filing their amended complaint, Plaintiffs' counsel notified the Court that three plaintiffs, whose claims would first be asserted in the amended complaint, wish to proceed pseudonymously as Reza Doe, Farnaz Doe, and Amir Doe (collectively, the "Doe Plaintiffs") instead of under their real names, and requested the Court grant them leave to do so. Plaintiffs have also agreed to reveal the identities of the Doe Plaintiffs to the Court and to Defendants, provided that Defendants agree to not disclose their names to the public. Defendant Binance Holdings Limited does not oppose Plaintiffs' request and has agreed to Plaintiffs' disclosure conditions. Accordingly, the Doe Plaintiffs' request for leave to proceed pseudonymously is hereby granted for all pretrial purposes.

      SO ORDERED.

New York, NY
November 25 2024

_____
JED S. RAKOFF, U.S.D.J.