UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JOCELYN TROELL, *et al.*, | : |
| Plaintiffs, | : |
| v. | : No. 24 Civ. 07136 (JAV) |
| BINANCE HOLDINGS LIMITED, *et al.*, | : |
| Defendants. | : |

### DEFENDANT BAM TRADING SERVICES INC.'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant BAM Trading Services Inc. represents that it is a wholly owned subsidiary of BAM Management US Holdings Inc., which is not publicly owned. A supplemental disclosure statement will be filed upon any change in information provided herein.

Dated: January 7, 2025

Respectfully submitted,

WINSTON & STRAWN LLP

*/s/ Alexandra E. Chopin*
Alexandra E. Chopin
AChopin@winston.com
Daniel T. Stabile, Esq.
DStabile@winston.com

MetLife Building
200 Park Avenue
New York, NY 10166
Tel.: (202) 282-5027
Fax: (202) 282-5100

*Counsel for Defendant BAM Trading Services Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2025, a true and correct copy of the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users in this action.

*/s/ Alexandra E. Chopin*
Alexandra E. Chopin
