# Exhibit A

| | |
|---|---|
| **From:** | Enzer, Samson |
| **To:** | Ryan Sparacino; Tejinder Singh; Matt Fisher; Adam Goldstein; Geoff Eaton |
| **Cc:** | Bansal, Anirudh; Moss, Edward; Garimella, Sesi V. |
| **Subject:** | Troell v. Binance |
| **Date:** | Wednesday, October 2, 2024 8:25:38 AM |

Ryan, Tejinder, Matt, Adam, Geoff,

We have been retained to represent Binance Holdings Limited and Changpeng Zhao in this matter. We write to see if you have availability for an introductory call early next week.

(And hello Ryan and Tejinder – it has been a long time, I hope you both have been well.)

Best,

Sam

---

**Samson Enzer | Partner**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3125 | **m**: +1.917.520.2365 | SEnzer@cahill.com
www.cahill.com

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The information contained in this e-mail message is confidential and may be privileged.  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you believe you have received this communication in error, please notify the sender immediately by replying to this email and then delete this email from your system.  Thank you.