UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
JOCELYN TROELL, et al.,

        Plaintiffs,

   -against-

BINANCE HOLDINGS LIMITED d/b/a
BINANCE and BINANCE.COM, and
CHANGPENG ZHAO,

        Defendants.
-------------------------------------------------------X

CASE NO.: 1:24-cv-07136 (JSR)

**NOTICE OF APPEARANCE**

To: The clerk of court and all parties of record.

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Changpeng Zhao. All notices given or required to be given in this case and all papers filed in this case should be served upon undersigned counsel.

Dated: February 4, 2025
       New York, New York

**BAKER & HOSTETLER LLP**

  By: *s/Joanna F. Wasick*
      Marco Molina
      Joanna F. Wasick
      45 Rockefeller Plaza
      New York, New York 10111
      Telephone: 212-589-4200
      Facsimile: 212-589-4201
      mmolina@bakerlaw.com
      jwasick@bakerlaw.com

      *Attorneys for Defendant*
      *Changpeng Zhao*