UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JOCELYN TROELL, et al.,

                Plaintiffs,                24-CV-07136 (JAV)

      -v-                                    ORDER

BINANCE HOLDINGS LIMITED, et. al.,

                Defendants.

------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On January 30, 2025, Plaintiffs filed a Motion to Serve Defendant Changpeng Zhao by Alternative Means. (ECF No. 45). Specifically, Plaintiffs requested authorization, pursuant to Fed. R. Civ. P. 4(f) or (e), to serve the Amended Complaint on Defendant Zhao through U.S.-based counsel, Cahill Gordon & Reindel LLP, which represents him in other cases. (*Id.* at 2). On February 4, 2025, counsel for Defendant Zhao filed their notices of appearances. (ECF Nos. 46 and 47). Accordingly, Plaintiffs are ORDERED to submit a letter by **February 6, 2025**, to inform the Court whether the motion is withdrawn as moot.

    SO ORDERED.

Dated: February 4, 2025
       New York, New York

                                                _____
                                               JEANNETTE A. VARGAS
                                               United States District Judge