UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOCELYN TROELL, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, et al.,<br><br>*Defendants.* | CASE NO.:1:24-cv-07136 (JAV)<br><br>**STIPULATION EXTENDING DEFENDANT CHANGPENG ZHAO'S TIME TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO SERVE DEFENDANT CHANGPENG ZHAO BY ALTERNATE MEANS** |

**IT IS STIPULATED AND AGREED** by and between the undersigned parties to the above-captioned action, through their respective counsel of record, that the time for Defendant Changpeng Zhao to respond to Plaintiffs' Motion for Leave to Serve Defendant Changpeng Zhao by Alternate Means in the above-captioned action shall be, and hereby is, extended by seven (7) days from February 13, 2025 up to and including February 20, 2025.

Date: February 7, 2025

**SPARACINO PLLC**

 */s/ Adam J. Goldstein*
Adam J. Goldstein
Ryan R. Sparacino (*pro hac vice*)
Geoffrey P. Eaton (*pro hac vice*)
Tejinder Singh
Matthew J. Fisher (*pro hac vice*)
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Tel: (202) 629-3530
Email: adam.goldstein@sparacinopllc.com
Email: ryan.sparacino@sparacinopllc.com
Email: geoff.eaton@sparacinopllc.com
Email: tejinder.singh@sparacinopllc.com
Email: matt.fisher@sparcinopllc.com

*Counsel for Plaintiffs*

**BAKER & HOSTETLER LLP**

 */s/ Marco Molina*
Marco Molina
Joanna F. Wasick
Teresa Goody Guillén (*pro hac vice forthcoming*)
45 Rockefeller Plaza, 14th Floor
New York, NY  10111
Tel.: (212) 589-4200
Fax: (212) 589-4201
Email: mmolina@bakerlaw.com
Email: jwasick@bakerlaw.com
Email: tgoodyguillen@bakerlaw.com

*Counsel for Defendant Changpeng Zhao*

SO ORDERED:

_____
THE HON. JEANNETTE A. VARGAS
United States District Judge

Dated: _____
         New York, New York