**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

JOCELYN TROELL, individually, and for the
estate of STEPHEN TROELL, et al.,

Plaintiffs,

v.

BINANCE HOLDINGS LIMITED, et al.,

Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
x

No. 1:24-cv-07136 (JAV)

---------------------------------------------------------------- 

**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**
**BY DEFENDANT BAM TRADING SERVICES INC. D/B/A BINANCE.US**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 12(b)(2) and

12(b)(6), and upon the accompanying Declaration of Mr. Christopher Blodgett (dated February

18, 2025), the accompanying Memorandum of Law, and all prior pleadings and proceedings

herein, Defendant BAM Trading Services Inc. d/b/a Binance.US will move this Court before the

Honorable Jeannette A. Vargas, United States District Judge, at the United States District

Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, on a

date and time designated by the Court, for an order dismissing the Amended Complaint for (i) lack

of personal jurisdiction over BAM Trading Services Inc. d/b/a Binance.US; and (ii) failure to state

a claim for relief under the Anti-Terrorism Act ("ATA"), *as amended by* JASTA (Justice Against

Sponsors of Terrorism Act), 18 U.S.C. § 2333 *et seq*., *as amended by* Pub. L. No. 114-222, 130

Stat. 852 (Sept. 28, 2016).

PLEASE TAKE FURTHER NOTICE that pursuant to the briefing schedule set forth in the Court's February 11, 2025, Order (ECF No. 57), Defendant Binance Holding Limited's Supplemental Brief is due February 21, 2025; Plaintiffs' Omnibus Opposition is due March 11, 2025; and Defendant BAM Trading Services Inc. d/b/a Binance.US's Reply is due March 25, 2025.

Dated:  February 18, 2025
       New York, New York

Respectfully submitted,

WINSTON & STRAWN LLP

/s/ *Alexandra E. Chopin*
Alexandra E. Chopin
AChopin@winston.com
Daniel T. Stabile, Esq.
DStabile@winston.com

MetLife Building
200 Park Avenue
New York, NY 10166
Tel.: (202) 282-5027
Fax: (202) 282-5100

*Attorneys for BAM Trading Services Inc. d/b/a Binance.US*