# EXHIBIT 1

Case 1:24-cv-07136-JAV    Document 64-1    Filed 02/20/25    Page 1 of 4

# Gattuso, Tanner J.

| | |
|---|---|
| **From:** | Molina, Marco |
| **Sent:** | Wednesday, February 19, 2025 8:58 PM |
| **To:** | Gattuso, Tanner J. |
| **Subject:** | FW: Troell et al. v. Binance Holdings Limited et al. |
| **Attachments:** | Stipulation Extending Defendant Changpeng Zhao's Time to Respond to Motion for Alternate Service 4929-5987-6887 v.1.docx |

**From:** Molina, Marco
**Sent:** Friday, February 07, 2025 10:38 AM
**To:** Adam Goldstein <adam.goldstein@sparacinopllc.com>; Goody Guillén, Teresa <tgoodyguillen@bakerlaw.com>; Wasick, Joanna F. <jwasick@bakerlaw.com>; Trujillo, Alexandra L. <atrujillo@bakerlaw.com>
**Cc:** Geoff Eaton <geoff.eaton@sparacinopllc.com>; Tejinder Singh <tejinder.singh@sparacinopllc.com>; Ryan Sparacino <ryan.sparacino@sparacinopllc.com>; Matt Fisher <matt.fisher@sparacinopllc.com>; Ian Miller <IMiller@hsgllp.com>; Vincent Levy <vlevy@hsgllp.com>; Ariella Kahan <akahan@hsgllp.com>
**Subject:** RE: Troell et al. v. Binance Holdings Limited et al.

Adam,

Now that your clients have confirmed via yesterday's letter to the Court that they do not intend to file a new motion, our client has authorized us to agree to your offer for a 7-day courtesy extension for our client to respond to your clients' motion for alternative service. In that regard, we can confirm that our client currently resides in the United Arab Emirates.

Attached is the stipulation memorializing our agreement. Please confirm we can affix your electronic signature and file. We would prefer to get this on file today.

Regards,
Marco

**From:** Adam Goldstein <adam.goldstein@sparacinopllc.com>
**Sent:** Tuesday, February 04, 2025 4:44 PM
**To:** Molina, Marco <mmolina@bakerlaw.com>; Goody Guillén, Teresa <tgoodyguillen@bakerlaw.com>; Wasick, Joanna F. <jwasick@bakerlaw.com>
**Cc:** Geoff Eaton <geoff.eaton@sparacinopllc.com>; Tejinder Singh <tejinder.singh@sparacinopllc.com>; Ryan Sparacino <ryan.sparacino@sparacinopllc.com>; Matt Fisher <matt.fisher@sparacinopllc.com>; Ian Miller <IMiller@hsgllp.com>; Vincent Levy <vlevy@hsgllp.com>; Ariella Kahan <akahan@hsgllp.com>
**Subject:** RE: Troell et al. v. Binance Holdings Limited et al.

**[External Email: Use caution when clicking on links or opening attachments.]**

Marco,

Thanks for reaching out, and nice to make your acquaintance. We would certainly be willing to extend your time to answer or move with respect to the amended complaint if you were willing to accept service of process on behalf

of your client or agree to waive service.  As to this motion for leave to serve your client by alternative means, however, we are not particularly interested in agreeing to a 14-day extension of time to respond.  That said, if you can confirm on behalf of your client that he currently resides in the United Arab Emirates or, if not, confirm where Mr. Zhao currently resides, we would be willing to agree to a courtesy extension of 7 days.   Please let us know how you would like to proceed.

Best regards,

**Adam J. Goldstein**
Sparacino PLLC
1920 L Street, NW
Washington, DC 20036
O: 202.629.3530
M: 847.530.7753
www.sparacinopllc.com



This email, and any attachment to it, is intended solely for use by the addressee and may contain legally privileged or confidential information. If you are not the recipient of this email, any dissemination, distribution, or copying of this email, and any attachments, is strictly prohibited. If you have received this email in error, please notify Sparacino PLLC by email or phone at (202) 629-3530, and please delete the email in question.

**From:** Molina, Marco <mmolina@bakerlaw.com>
**Sent:** Tuesday, February 4, 2025 3:23 PM
**To:** Adam Goldstein <adam.goldstein@sparacinopllc.com>; Ryan Sparacino <ryan.sparacino@sparacinopllc.com>; Geoff Eaton <geoff.eaton@sparacinopllc.com>; Tejinder Singh <tejinder.singh@sparacinopllc.com>; matt.fisher@sparacinopll.com
**Cc:** Goody Guillén, Teresa <tgoodyguillen@bakerlaw.com>; Wasick, Joanna F. <jwasick@bakerlaw.com>
**Subject:** Troell et al. v. Binance Holdings Limited et al.

Counsel,

My firm has been retained by Changpeng Zhao in the above-referenced matter. We understand your clients have a pending motion to serve him through alternative means. Given that we just joined, please let us know if your clients agree to a 14-day courtesy extension for our client to respond to that motion.

Regards,
Marco

**Marco Molina**
Partner
Head of International Commercial Arbitration Practice

BakerHostetler

600 Anton Blvd | Suite 900
Costa Mesa, CA 92626-7221
T +1.714.966.8833

<u>mmolina@bakerlaw.com</u>
<u>bakerlaw.com</u>

**Admitted in New York and California**

---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.