

1920 L Street, NW, Suite 835, Washington, DC 20036
(202) 629-3530 | sparacinopllc.com

**VIA ECF**

March 3, 2025

Honorable Jeannette A. Vargas
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 703
New York, NY, 10007-1312

      **RE:**    **Letter Pursuant to Individual Rule 5.I,** *Troell et al. v. Binance Holdings Ltd. et al.*, **No. 1:24-cv-07136 (JAV)**

Dear Judge Vargas,

      This law firm represents Plaintiffs in the above-referenced action. On February 18, 2025, Defendant BAM Trading Services Inc. d/b/a Binance.US ("Binance.US") filed its motion to dismiss the Amended Complaint. Dkt. 61. Pursuant to Your Honor's Individual Rule 5.I, Plaintiffs hereby notify the Court that they intend to rely on the pleading being attacked. Plaintiffs' opposition to the motion to dismiss is due March 11, 2025, and Binance.US's reply brief in support of the motion to dismiss is due March 25, 2025.

                                                    Respectfully submitted,

                                                   */s/ Matthew J. Fisher*

                                                   Matthew J. Fisher
                                                   SPARACINO PLLC
                                                   1920 L Street, NW, Suite 835
                                                   Washington, D.C. 20036
                                                   Tel: (202) 629-3530
                                                   matt.fisher@sparacinopllc.com

                                                 *Counsel for Plaintiffs*