UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOCELYN TROELL, individually and for the estate of STEPHEN TROLL, et al., *Plaintiffs,* v. BINANCE HOLDINGS LIMITED, et al., *Defendants.* | CASE NO.:1:24-cv-07136 (JAV) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Attached hereto as Exhibit A is a copy of a Letter Order issued by Magistrate Judge Cathy Waldor on March 19, 2025, in the United States District Court for the District of New Jersey in *Gonzalez v. BAM Trading Services, Inc., et al.,* Civil Action No. 2:24-10286 (BRM) (CLW). The Letter Order grants Defendant Changpeng Zhao's opposition to plaintiff's motion for leave to effect service by alternative means under Federal Rule of Civil Procedural 4(f)(3) in that matter. Defendant Zhao respectfully submits the attached Letter Order as supplemental authority in support of his Response in Opposition to Plaintiff's Motion to serve him through alternative means here (ECF No. 63).

Dated: March 21, 2025            Respectfully submitted,

           **BAKER & HOSTETLER LLP**

           */s/ Marco Molina*
           Marco Molina
           Joanna F. Wasick
           Teresa Goody Guillén
           (*pro hac vice forthcoming*)
           45 Rockefeller Plaza, 14th Floor
           New York, NY 10111

Tel.: (212) 589-4200
Fax: (212) 589-4201
Email: mmolina@bakerlaw.com
Email: jwasick@bakerlaw.com
Email: tgoodyguillen@bakerlaw.com

*Counsel for Defendant Changpeng Zhao*