UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JOCELYN TROELL, et al.,

          Plaintiffs,

v.

BINANCE HOLDINGS LIMITED, et al.,

          Defendants.

No. 24 Civ. 07136 (JAV)

### NOTICE OF APPEARANCE OF THANIA CHARMANI

PLEASE TAKE NOTICE Thania (Athanasia) Charmani, Esq., of the law firm of WINSTON & STRAWN LLP, hereby enters her appearance as counsel for BAM Trading Services, Inc., d/b/a Binance.US, in the above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated: New York, New York
      April 1, 2025

/s/ *Thania Charmani*
Thania (Athanasia) Charmani

WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Tel.: (212) 294-4659
Fax: (212) 294-4700
ACharmani@winston.com

*Attorney for Defendant*
*BAM Trading Services, Inc.*
*d/b/a Binance.US*