

1920 L Street, NW, Suite 835, Washington, DC 20036
(202) 629-3530 | sparacinopllc.com

April 29, 2025

**BY CM/ECF**

Honorable Jeannette A. Vargas
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 703
New York, NY, 10007-1312

**RE:** *Troell, et al. v. Binance Holdings Ltd., et al.*, No. 1:24-cv-7136 (JAV)

Dear Judge Vargas:

    We and Holwell Shuster & Goldberg LLP represent Plaintiffs in the above-referenced action. Plaintiffs write pursuant to Rule 5(F) of the Court's Individual Rules, which provides that "[i]f a motion is not decided within 60 days of the date that it was fully briefed, counsel for the movant shall send a letter to alert the Court."

    As of February 27, 2025, Plaintiffs' motion to serve Changpeng Zhao by alternate means was fully briefed. *See* Dkts. 45, 63-66. Zhao's counsel in this action remains active on behalf of Zhao in other ongoing cases, and recently appeared before Judge Koeltl for oral argument on April 22, 2025, regarding Zhao and Binance's unsuccessful motions for reconsideration and to certify interlocutory appeal of the court's decision denying their joint motion to dismiss aiding-and-abetting claims in *Raanan, et al. v. Binance Holdings Limited, et al.*, No. 24-cv-697 (JGK) (S.D.N.Y.). *See* Dkt. 83.

                                                 Sincerely,

                                                 */s/ Adam J. Goldstein*
                                                 Adam J. Goldstein
                                                 Sparacino PLLC

                                                 */s/ Vincent Levy*
                                                 Vincent Levy
                                                 Holwell Shuster & Goldberg LLP

                                                 *Counsel for Plaintiffs*