

1920 L Street, NW, Suite 835, Washington, DC 20036
(202) 629-3530 | sparacinopllc.com

<u>VIA ECF</u>

May 14, 2025

Honorable Jeannette A. Vargas
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 703
New York, NY, 10007-1312

      **RE:**    **Joint Letter Concerning Discovery,** *Troell et al. v. Binance Holdings Ltd. et al.*, No. 1:24-cv-07136 (JAV)

Dear Judge Vargas,

    Plaintiffs and Defendants Binance Holdings Ltd. ("BHL") and BAM Trading Services Inc. ("BAM") (jointly, the "Subject Parties") write jointly in response to the Court's order directing the Subject Parties to submit a "joint letter outlining what discovery has been exchanged and what remains to be exchanged." Dkt. 84.

    On November 27, 2024, Plaintiffs served BHL with Plaintiffs' first set of requests to BHL for production of documents. On December 27, BHL provided its responses and objections to Plaintiffs' first set of document requests.

    On December 2, 2024, Plaintiffs served BHL with Plaintiffs' first set of interrogatories to BHL. On January 2, 2025, BHL provided its responses and objections to Plaintiffs' first set of interrogatories.

    On December 2, 2024, BHL served Plaintiffs with BHL's first set of requests to Plaintiffs for production of documents and first set of interrogatories to Plaintiffs. On March 11, 2025, Plaintiffs provided their responses and objections to BHL's first set of requests for production of documents and interrogatories.

    On February 25, 2025, Plaintiffs served BAM with Plaintiffs' first set of interrogatories and first set of requests for production of documents to Binance.US. On March 27, 2025, BAM provided its responses and objections to Plaintiffs' first set of interrogatories and requests for production.

    No discovery, including any document discovery or substantive interrogatory responses, has been exchanged.



Respectfully submitted,

*/s/ Adam J. Goldstein*  
Sparacino PLLC  
*Counsel for Plaintiffs*  
Dated: May 14, 2025

*/s/ Anirudh Bansal*  
Cahill Gordon & Reindell LLP  
*Counsel for Binance Holdings Ltd.*  
Dated: May 14, 2025

*/s/ Vincent Levy*  
Holwell Shuster & Goldberg LLP  
*Counsel for Plaintiffs*  
Dated: May 14, 2025

*/s/ Thania Charmani*  
Winston & Strawn LLP  
*Counsel for BAM Trading Services Inc.*  
Dated: May 14, 2025

cc: All counsel of record (by ECF)