UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOCELYN TROELL, et al.,                                           :
:
                     Plaintiffs,                          :
:     24-CV-07136 (JAV)
         -v-                                                  :
:     ORDER
BINANCE HOLDINGS LTD., et al.,                                    :
:
                     Defendants.                          :
:
------------------------------------------------------------------ :
                                                    X

JEANNETTE A. VARGAS, United States District Judge:

       As stated on the record during the conference held earlier today, the parties are ordered to meet and confer regarding the issues raised in the motion to compel discovery (ECF No. 86) pertaining to the production of documents produced in the five enforcement actions (the "Government Productions").[1] Defendants are ordered to provide Plaintiffs with additional information regarding the contents of the Government Productions, including the volume of these productions, the types of documents contained in the productions (including the internal sources of such records, such as the relevant custodians, shared drives, or internal databases), and a description of the general subject matter of these productions. The descriptions should be sufficiently detailed to allow the parties to engage in substantive discussions regarding the relevance of various categories of documents.

       The parties shall also meet and confer to discuss how this case should proceed, including whether discovery in this matter should be staged; whether the selection of Bellweather plaintiffs would be appropriate, and if so a protocol for the selection of such plaintiffs; and if Bellweather plaintiffs are selected, how that would affect discovery deadlines in this matter.

       The parties shall file a joint letter on the docket by July 7, 2025, of no more than 6 pages in length, regarding the overall outcome of their meet and confers.

---

[1] Per Plaintiffs' Motion to Compel, ECF No. 86, these enforcement actions are: (i) the Financial Crimes Enforcement Network's enforcement investigation and action against Binance; (ii) the investigation and resulting settlement brought by the Office of Foreign Assets Control; (iii) the investigation into and resulting settlement with the Commodities Futures Trading Commission; (iv) *United States of America v. Binance Holdings Limited*, No. 23-CR-178 (W.D. Wash.); and (v) *United States of America v. Changpeng Zhao*, No. 23-CR-179 (W.D. Wash.).

The Court shall hold a status conference on **July 14, 2025**, at 11:00 AM, at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 14C, New York NY.

SO ORDERED.

Dated: May 21, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge