UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOCELYN TROELL, individually and for the estate of STEPHEN TROLL, et al.,<br><br>     *Plaintiffs,*<br><br>  v.<br><br>BINANCE HOLDINGS LIMITED, et al.,<br><br>     *Defendants.* | Case No.1:24-cv-07136 (JAV) |

**NOTICE OF MR. CHANGPENG ZHAO'S MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE that Defendant Changpeng Zhao, upon the accompanying Memorandum of Law, will move, by and through the undersigned counsel, before the Honorable Jeannette A. Vargas, United States District Court Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order, pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure, dismissing with prejudice the Amended Complaint (ECF No. 27) filed by Plaintiffs in the above-captioned action.

|  |  |
|---|---|
| Dated: June 24, 2025<br>        New York, New York | Respectfully submitted,<br><br>*/s/ Joanna F. Wasick*  <br><br>**BAKER & HOSTETLER LLP**<br><br>Joanna F. Wasick<br>Marco Molina<br>45 Rockefeller Plaza<br>New York, NY 10111<br>212-589-4200<br>jwasick@bakerlaw.com<br>mmolina@bakerlaw.com<br><br>Teresa Goody Guillén (*pro hac vice*)<br>Washington Square, Suite 1100<br>1050 Connecticut Ave., N.W.<br>Washington, D.C. 20036<br>(202) 861-1500<br>tgoodyguillen@bakerlaw.com<br><br>*Counsel for Defendant Changpeng Zhao* |