IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOCELYN TROELL, individually, and for the estate of STEPHEN TROELL, *et al.*,<br><br>Plaintiffs,<br><br>-v-<br><br>BINANCE HOLDINGS LIMITED, *et al.*,<br><br>Defendants. | Case No.: 1:24-cv-07136 (JAV) |

**NOTICE OF VOLUNTARY DISMISSAL AS TO
<u>PLAINTIFF ALFREDO COVARRUBIAS</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Alfredo Covarrubias, by and through the undersigned counsel, hereby voluntarily dismisses without prejudice all of his claims in the above-captioned action against Defendants Binance Holdings Ltd., Changpeng Zhao, and BAM Trading Services Inc. This dismissal is on behalf of only Mr. Covarrubias. The remaining Plaintiffs preserve and maintain all claims asserted.

Dated: June 25, 2025

Respectfully submitted,

/s/ *Matthew J. Fisher*

Matthew J. Fisher (pro hac vice)
SPARACINO PLLC
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Tel: (202) 629-3530
matt.fisher@sparacinopllc.com

*Counsel for Plaintiffs*