UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JOCELYN TROELL, individually, and for the estate of
STEPHEN TROELL, et al.,

                    Plaintiffs,                    24-CV-07136 (JAV)

      -v-                    ORDER

BINANCE HOLDINGS LIMITED d/b/a BINANCE and
BINANCE.com, and CHANGPENG ZHAO.

                    Defendants.

------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Defendants' request for permission to seal certain nonpublic and governmentally sensitive information referenced in and attached as Exhibits A and B to the Parties' contemporaneously filed joint letter dated July 7, 2025 (ECF No. 120) is **GRANTED**. Defendants have made a sufficient showing that the information that they seek to seal, concerning Government Production Letters, qualifies as documents to be sealed where "closure is essential to preserve higher values and is narrowly tailored to serve that interest." *Lugosch v. Pyramid Company of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006). The right of public access to judicial documents is not absolute and "the court must balance competing considerations against it." *Lugosch,* 435 F.3d at 120. In light of the detailed and nonpublic information describing the scope of Defendants' productions in connection with multiple government investigations, the Court concludes that sealing is appropriate in this instance.

      Plaintiffs are directed to file the sealed documents on the docket and file the unredacted versions under seal. The Clerk of Court is directed to terminate ECF No. 119.

      SO ORDERED.

Dated: July 21, 2025
      New York, New York

                                       JEANNETTE A. VARGAS
                                       United States District Judge