# CAHILL GORDON & REINDEL LLP

32 OLD SLIP
NEW YORK, NY 10005

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

| 900 16th STREET, N.W. Suite 500<br>WASHINGTON, DC 20006<br>(202) 862-8900 | 221 W. 10th STREET<br>WILMINGTON, DE 19801<br>(302) 884-0000 | 20 FENCHURCH STREET<br>LONDON EC3M 3BY<br>+44 (0) 20 7920 9800 |
|---|---|---|

August 12, 2025

<u>VIA ECF</u>
Judge Vargas
Honorable Jeannette A. Vargas
United States District Judge
500 Pearl Street
New York, New York 10007

      Re:    *Troell et al.* v. *Binance Holdings Ltd. et al.*, No. 24 Civ. 07136 (S.D.N.Y.)

Dear Judge Vargas:

    I am writing respectfully to request an adjournment of the August 20 status conference in this matter, to August 25 or August 26 at any time that is convenient for the Court, to accommodate my family vacation schedule. I apologize for not raising this when the conference was scheduled, but I did not know then that the week of August 18 would be the only week in August during which all of the other members of my family would be able to take a vacation. I am informed that the currently-scheduled conference date is also difficult for Ms. Charmani (lead counsel for BAM). This is the first request for an adjournment of the conference.

    Plaintiffs and the other Defendants consent to this request. Should the Court grant the request, the Parties would also propose that the joint status letter due by the close of business on August 18 be due by the close of business on August 21, so that the Court has the most current information in advance of the conference.

    Thank you for the Court's consideration of this request. The Parties stand ready to supply any additional information the Court may require.

                                                                 Respectfully submitted,

                                                                 */s/ Anirudh Bansal*
                                                                 Anirudh Bansal

                                                                 *Counsel to Defendant Binance Holdings Limited*

cc:  All attorneys via ECF