UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOCELYN TROELL, individually, and for the :
estate of STEPHEN TROELL, et al., :
:
                          Plaintiffs, :        24-CV-07136 (JAV)
:
        -v- :        ORDER
:
BINANCE HOLDINGS LIMITED, et al., :
:
                          Defendants. :
:
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

    For the reasons stated on the record during the conference held earlier today:

- Defendants' proposed schedule for the agreed-upon production of documents from the DOJ and FinCEN productions, as outlined in the parties' joint status letter, ECF No. 136 ("Status Letter") at 5, is GRANTED.

- Defendants are ORDERED to produce the agreed-upon set of communications and attachments produced to OFAC (as described in the Status Letter at 5) before September 16, 2025.

- The parties shall jointly submit a proposed protocol and schedule for the production of the remaining OFAC documents by September 25, 2025.

- Plaintiffs' request for documents produced to the Government as part of the SEC investigation from BAM Trading Services, Inc., is GRANTED IN PART AND DENIED IN PART. The parties are ORDERED to meet and confer and jointly submit a protocol and schedule with respect to the so-called "handover documents" by September 25, 2025. Plaintiffs' request for an order compelling the remainder of the SEC production is DENIED.

    The parties are ORDERED to appear for a status conference on October 22, 2025, at 2:30 PM, in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The parties shall submit a joint letter by October 10, 2025, no longer than 8-pages, single-spaced, regarding any applications to the Court regarding any discovery the parties would be seeking in connection with the selection of a representative groups of attacks.

    Additionally, Plaintiffs' request to seal Exhibit 7 of the joint letter (ECF No. 136) is

GRANTED.  *See* ECF No. 135.

The Clerk of Court is directed to terminate ECF Nos. 86 and 135.

SO ORDERED.

Dated: August 26, 2025
      New York, New York

                                         JEANNETTE A. VARGAS
                                         United States District Judge