UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                                    :
JOCELYN TROELL, individually, and for the estate of                 :
STEPHEN TROELL, et al.,                                              :
                              Plaintiffs,                            :          24-CV-07136 (JAV)
                                                                    :
              -v-                                                   :               ORDER
                                                                    :
BINANCE HOLDINGS LTD., et al.,                                       :
                                                                    :
                              Defendant.                            :
--------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On August 26, 2025, this Court ordered that Defendant Binance Holdings Limited

("BHL") produce "the agreed-upon set of communications and attachments produced to OFAC

(as described in the Status Letter at 5) before September 16, 2025." ECF No. 137. On the

evening of September 15, 2025, BHL requested an extension of time to produce documents.

ECF No. 140. BHL's request for an extension of time was submitted on the Court-ordered

deadline to produce the documents at issue. Additionally, Plaintiffs assert that their consent was

not sought in advance of this request. ECF No. 141.

It is HEREBY ORDERED that the Defendant shall respond in writing by no later than

September 24, 2025, as to the following subjects:

BHL shall respond to Plaintiffs' contention that their consent to the extension request was

not sought in advance of its submission to the Court, in contravention of the Court's Individual

Rules and Practices in Civil Cases.

BHL shall additionally explain why it failed to notify both Plaintiffs and the Court that it

would not be complying with the Court's order regarding the production of documents until

10:00 p.m. on the night of the deadline. This delay also appears to be in contravention of the

Court's Individual Rules and Practices in Civil Cases, which require extension requests to be submitted at least 48 hours before the expiration of the deadline absent an emergency.

Defendant shall identify which specific foreign data privacy laws it asserts are at issue with respect to the OFAC documents.

Defendant shall quantify the number of documents within the OFAC production that are implicated by concerns regarding foreign data privacy laws.

Defendant shall further provide an explanation as to why the foreign data privacy laws it claims prohibit production of these documents did not prevent BHL from producing these same documents to OFAC.

It is FURTHER ORDERED that the parties shall appear for a conference on **Thursday, September 25, 2025**, at **2:30 p.m.** in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:  September 18, 2025
        New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge