UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JOCELYN TROELL, individually, and for the estate of   :
STEPHEN TROELL, et al.,   :
:
                 Plaintiffs,   :   24-CV-07136 (JAV)
:
     -v-   :   <u>ORDER</u>
:
BINANCE HOLDINGS LIMITED d/b/a BINANCE and   :
BINANCE.com, and CHANGPENG ZHAO,   :
:
                 Defendants.   :
:
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      The discovery conference currently scheduled in this matter for November 17, 2025, is adjourned to November 25, 2025, at 3:00 p.m.

      The Court will also be holding oral argument on the pending motions to dismiss the Amended Complaint (ECF Nos. 34, 61, 111). Argument shall be limited to issues pertaining to Count I of the Amended Complaint, relating to aiding-and-abetting liability.

      The Court requests that Plaintiffs be prepared to outline the specific allegations in the Amended Complaint that demonstrate the requisite nexus between Defendants' alleged misconduct and each of the terrorist attacks at issue in the Amended Complaint. Plaintiff should be prepared to address these allegations on an attack-by-attack basis, pointing to allegations pertaining to the nature of the specific assistance the Defendants provided to the terrorist organization that perpetrated such attack, when such assistance was provided, and how close in time to the attack such assistance was provided.

      SO ORDERED.

Dated: November 10, 2025
       New York, New York

                                                     JEANNETTE A. VARGAS
                                                     United States District Judge