

1920 L Street, NW, Suite 835, Washington, DC 20036
(202) 629-3530 | sparacinopllc.com

November 20, 2025

**BY CM/ECF**

The Honorable Jeannette A. Vargas
Daniel Patrick Moynihan United States Courthouse

RE:   *Troell, et al. v. Binance Holdings Ltd., et al.*, No. 24-cv-7136 (S.D.N.Y.)

Dear Judge Vargas:

In advance of the upcoming conference, I write on behalf of Plaintiffs to inform the Court of two inadvertent errors in the Amended Complaint (ECF 27).

First, plaintiff Mazin Mahdi was not injured in the January 18, 2020 Rocket Attack in Iraq, *see* ECF 27 ¶¶2137-2144; he was injured in the January 8, 2020 Al Asad Air Base Attack, *see id.* ¶¶1675-1692. This error does not affect claims by any other plaintiff.

Second, plaintiff James Buckman was not injured in the February 14, 2023 UAV Attack in Syria, *see id.* ¶¶2269-2276; he was injured in the March 23, 2023 UAV Attack in Syria*, see id.* ¶¶2277-2281. This error does not affect claims by any other plaintiff.

As a result of these corrections and the voluntary dismissals filed on November 20, 2025, we will not make arguments during the upcoming conference about the October 1, 2017 Rocket Attack in Iraq (¶¶1605-1613); the October 12, 2017 IED Attack in Iraq (¶¶1614-1621); the January 18, 2020 Rocket Attack in Iraq (¶¶2137-2144); or the February 14, 2023 UAV Attack in Syria (¶¶2269-2276).

Plaintiffs plan to seek leave at an appropriate time to amend the complaint accordingly.

Thank you for your time and attention to this matter.

                                                  Respectfully submitted,

                                                  /s/ Tejinder Singh

                                                  Sparacino PLLC