UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JOCELYN TROELL, individually, and for the :
estate of STEPHEN TROELL, et al., :
:
                         Plaintiffs, : 24-CV-07136 (JAV)
:
      -v- : ORDER
:
BINANCE HOLDINGS LIMITED, et al., :
:
                        Defendants. :
:
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      In an Order dated August 26, 2025, the Court ordered Defendants to produce the agreed-upon set of communications and attachments produced to OFAC (the "OFAC Communications") before September 16, 2025. On September 15, 2025, Defendant Binance Holdings Ltd. ("BHL") sought an extension of that deadline. ECF No. 140. Defendants' request for a modification of BHL's deadline to produce the OFAC communications is GRANTED, *nunc pro tunc*.

      For the reasons stated on the record during the conference held earlier today, Defendants are ORDERED to produce the OFAC, DOJ, and FinCEN productions (as described in the parties' joint status letter, ECF No. 136 at 5), pursuant to the Protective Order Addendum, ECF No. 167, by **March 27, 2026**.

      Pursuant to Section 6 of the Protective Order Addendum, Defendants shall serve upon Plaintiff a redaction log with respect to the OFAC Communications within 30 days of production. In light of the volume of additional material, the Court shall extend the deadline for Defendants to provide Plaintiff with a redaction log as to the remaining OFAC, DOJ, and FinCEN productions by 90 days.

It is FURTHER ORDERED that the parties shall submit a joint letter containing a selection, by each party, of 6 proposed representative bellwether attacks by **January 14, 2026**. The Clerk of Court is directed to terminate ECF No 140.

SO ORDERED.

Dated: December 15, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge