UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JOCELYN TROELL, individually, and for the estate of  :
STEPHEN TROELL, et al.,                               :
                                                      :
                    Plaintiffs,              :     24-CV-07136 (JAV)
                                                      :
    -v-                                             :     ORDER
                                                      :
BINANCE HOLDINGS LIMITED d/b/a BINANCE and            :
BINANCE.com, and CHANGPENG ZHAO,                      :
                                                      :
                    Defendants.              :
                                                      :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      At the conference held on December 15, 2025, the Court ordered the parties to propose a briefing schedule for a motion to compel production of the blockchain analysis and related documents and communications. Defendants did so in a letter dated January 16, 2026. ECF No. 172.

      Plaintiffs seek clarification as to whether the motion to compel should be governed by Rule 6.B of the Court's Individual Rules and Practices in Civil Cases. ECF Nos. 179, 181. Rule 6.B states that, prior to bringing a motion to compel pursuant to Rules 26 through 37 of the Federal Rules of Civil Procedure, the parties must first meet and confer, and then submit a letter motion of no more than four pages to the Court explaining the nature of the dispute and why the party is entitled to relief. The Court understands that the parties have met and conferred. Moreover, they have addressed this discovery dispute in several prior letters submitted to the Court.

      Accordingly, at the December 15 conference, the Court authorized the filing of a motion to compel pursuant to the Federal Rules of Procedure, including appropriate declarations in support or in opposition to such a motion, in accord with Rule 5 of the Court's Individual Rules. ECF No. 169.

      Defendants filed their motion to compel on January 16, 2026. ECF No. 173. Plaintiffs' response to the motion to compel shall be due February 10, 2026. Defendants' reply papers shall be due February 17, 2026.

      With respect to Defendants' motion to stay bellwether selection, Defendants essentially seek reconsideration of the Court's prior directions with respect to this issue, raising arguments that the Court has already considered and rejected. This motion is denied.

2

The Clerk of Court is directed to terminate ECF No. 176.

SO ORDERED.

Dated: February 4, 2026
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge