# EXHIBIT 2

| | | |
|---|---|---|
| SL | **Samuel Lim<6598176798>**<br>thats why i feel the risk reward of this company | 24/12/2018, 10:01 PM |
| SL | **Samuel Lim<6598176798>**<br>is not balanced | 24/12/2018, 10:01 PM |
| SL | **Samuel Lim<6598176798>**<br>there is no fking way in hell i am signing off as the cco for the ofac shit | 24/12/2018, 10:01 PM |
| SL | **Samuel Lim<6598176798>**<br>but u know what | 24/12/2018, 10:01 PM |
| SL | **Samuel Lim<6598176798>**<br>nobody wants to take up the role cos we are too niao | 24/12/2018, 10:01 PM |
| SL | **Samuel Lim<6598176798>**<br>market asking price for cco is 350k to 650k | 24/12/2018, 10:01 PM |
| SL | **Samuel Lim<6598176798>**<br>according to US headhunters | 24/12/2018, 10:02 PM |
| SL | **Samuel Lim<6598176798>**<br>no way we will pay this sum | 24/12/2018, 10:02 PM |
| AB | **Alvin Bro<6598226074>**<br>yah | 24/12/2018, 10:02 PM |
| AB | **Alvin Bro<6598226074>**<br>because they have some | 24/12/2018, 10:02 PM |
| AB | **Alvin Bro<6598226074>**<br>report | 24/12/2018, 10:02 PM |
| AB | **Alvin Bro<6598226074>**<br>based on CHINA | 24/12/2018, 10:02 PM |
| AB | **Alvin Bro<6598226074>**<br>hw much one shld be paid | 24/12/2018, 10:02 PM |
| AB | **Alvin Bro<6598226074>**<br>smlj | 24/12/2018, 10:02 PM |
| SL | **Samuel Lim<6598176798>**<br>thats fking china man | 24/12/2018, 10:02 PM |
| SL | **Samuel Lim<6598176798>**<br>USA can put YOU on the SDN list | 24/12/2018, 10:02 PM |
| SL | **Samuel Lim<6598176798>**<br>like YOU as a person | 24/12/2018, 10:02 PM |
| SL | **Samuel Lim<6598176798>**<br>HAHAHAHAHAHHA | 24/12/2018, 10:03 PM |

| AB | **Alvin Bro<6598226074>**<br>cbbbbb | 24/12/2018, 10:05 PM |
|----|----|----|
| SL | **Samuel Lim<6598176798>**<br>there is no fking way we are clean | 24/12/2018, 10:05 PM |
| AB | **Alvin Bro<6598226074>**<br>cap ni ma hahahah | 24/12/2018, 10:05 PM |
| SL | **Samuel Lim<6598176798>**<br>i have seen NOTHING to prove we are | 24/12/2018, 10:05 PM |
| AB | **Alvin Bro<6598226074>**<br>cao ni ma | 24/12/2018, 10:05 PM |
| AB | **Alvin Bro<6598226074>**<br>hahahahhaa | 24/12/2018, 10:05 PM |
| SL | **Samuel Lim<6598176798>**<br>i have zero visibility on our VIP clients | 24/12/2018, 10:05 PM |
| SL | **Samuel Lim<6598176798>**<br>ZERO | 24/12/2018, 10:05 PM |
| SL | **Samuel Lim<6598176798>**<br>and our fking cs | 24/12/2018, 10:05 PM |
| SL | **Samuel Lim<6598176798>**<br>is teaching ppl how to circumvent sanctions | 24/12/2018, 10:06 PM |
| SL | **Samuel Lim<6598176798>**<br>bunch of fktards | 24/12/2018, 10:06 PM |
| AB | **Alvin Bro<6598226074>**<br>we got so many business priorities that compliance is like | 24/12/2018, 10:09 PM |
| AB | **Alvin Bro<6598226074>**<br>huhhhhhh | 24/12/2018, 10:10 PM |
| AB | **Alvin Bro<6598226074>**<br>hahahaha | 24/12/2018, 10:10 PM |
| AB | **Alvin Bro<6598226074>**<br>like... hey aml training | 24/12/2018, 10:10 PM |
| AB | **Alvin Bro<6598226074>**<br>they rather have new hire training | 24/12/2018, 10:10 PM |
| AB | **Alvin Bro<6598226074>**<br>🤡🤡🤡🤡 | 24/12/2018, 10:10 PM |
| SL | **Samuel Lim<6598176798>**<br>the strategy of bnb is to survive for 2 years and f off | 24/12/2018, 10:10 PM |
| SL | **Samuel Lim<6598176798>** | 24/12/2018, 10:10 PM |