# EXHIBIT 3

| | |
|---|---|
| **From:** | Charmani, Thania |
| **To:** | Ian Miller; matt.fisher@sparacinopllc.com; tejinder.singh@sparacinopllc.com; anthony.asuncion@sparacinopllc.com; stacey.wilson@sparacinopllc.com; geoff.eaton@sparacinopllc.com; ryan.sparacino@sparacinopllc.com; Vincent Levy; Christopher M. Kim; adam.goldstein@sparacinopllc.com |
| **Cc:** | Stabile, Daniel Tramel; Albin, Hollie M.; Klein-Evans, Lily |
| **Subject:** | Re: Troell v. Binance, BAM -First Production of Documents |
| **Date:** | Friday, February 6, 2026 10:49:02 AM |
| **Attachments:** | image001.png<br>Image.png |

Ian,

Are you available to meet and confer on this on Tuesday?

We are generally available outside 10am-12:30pm.

Best,
Thania



**THANIA CHARMANI**
PARTNER

**T** +1 (212) 294-4659
acharmani@winston.com

Admitted to practice in New York

---

**From:** Ian Miller <IMiller@hsgllp.com>
**Sent:** Thursday, February 5, 2026 2:27:12 PM
**To:** Charmani, Thania <ACharmani@winston.com>; matt.fisher@sparacinopllc.com <matt.fisher@sparacinopllc.com>; tejinder.singh@sparacinopllc.com <tejinder.singh@sparacinopllc.com>; anthony.asuncion@sparacinopllc.com <anthony.asuncion@sparacinopllc.com>; stacey.wilson@sparacinopllc.com <stacey.wilson@sparacinopllc.com>; geoff.eaton@sparacinopllc.com <geoff.eaton@sparacinopllc.com>; ryan.sparacino@sparacinopllc.com <ryan.sparacino@sparacinopllc.com>; Vincent Levy <vlevy@hsgllp.com>; Christopher M. Kim <CKim@hsgllp.com>; adam.goldstein@sparacinopllc.com <adam.goldstein@sparacinopllc.com>
**Cc:** Stabile, Daniel Tramel <DStabile@winston.com>; Albin, Hollie M. <HMAlbin@winston.com>; Klein-Evans, Lily <LKleinEvans@winston.com>
**Subject:** RE: Troell v. Binance, BAM -First Production of Documents

Thania,

I'm following up again on the below. Please let us know the status as soon as possible.

Best,

Ian

Ian Miller
**HOLWELL SHUSTER & GOLDBERG LLP**
Office: (646) 837-5122 | Mobile: (336) 816-8349 | Bio
425 Lexington Ave | New York, New York 10017 | hsgllp.com

---

**From:** Ian Miller <IMiller@hsgllp.com>
**Sent:** Sunday, January 11, 2026 1:55 PM
**To:** Charmani, Thania <ACharmani@winston.com>; matt.fisher@sparacinopllc.com; tejinder.singh@sparacinopllc.com; anthony.asuncion@sparacinopllc.com; stacey.wilson@sparacinopllc.com; geoff.eaton@sparacinopllc.com; ryan.sparacino@sparacinopllc.com; Vincent Levy <vlevy@hsgllp.com>; Christopher M. Kim <CKim@hsgllp.com>; adam.goldstein@sparacinopllc.com
**Cc:** Stabile, Daniel Tramel <DStabile@winston.com>; Albin, Hollie M. <HMAlbin@winston.com>; lkleinevans@winston.com
**Subject:** RE: Troell v. Binance, BAM -First Production of Documents

Thania,

We would like to receive the second Binance.US production made to the DOJ promptly. Please note the additional search terms we discussed below.

Best,
Ian

Ian Miller
**HOLWELL SHUSTER & GOLDBERG LLP**
Office: (646) 837-5122 | Mobile: (336) 816-8349 | Bio
425 Lexington Ave | New York, New York 10017 | hsgllp.com

---

**From:** Ian Miller <IMiller@hsgllp.com>
**Sent:** Monday, October 6, 2025 4:07 PM
**To:** Charmani, Thania <ACharmani@winston.com>; matt.fisher@sparacinopllc.com; tejinder.singh@sparacinopllc.com; anthony.asuncion@sparacinopllc.com; stacey.wilson@sparacinopllc.com; geoff.eaton@sparacinopllc.com; ryan.sparacino@sparacinopllc.com; Vincent Levy <vlevy@hsgllp.com>; Christopher M. Kim <CKim@hsgllp.com>; adam.goldstein@sparacinopllc.com
**Cc:** Stabile, Daniel Tramel <DStabile@winston.com>; Albin, Hollie M. <HMAlbin@winston.com>; lkleinevans@winston.com
**Subject:** RE: Troell v. Binance, BAM -First Production of Documents

Thania,

Please let us know on the below as well as our request for a redaction log for the past (and any

future) Binance.US productions, as discussed with Lily.

Best,
Ian

Ian Miller
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-5122 | Mobile: (336) 816-8349 | Bio
425 Lexington Ave | New York, New York 10017 | hsgllp.com

**From:** Ian Miller <IMiller@hsgllp.com>
**Sent:** Tuesday, September 30, 2025 6:02 PM
**To:** Charmani, Thania <ACharmani@winston.com>; matt.fisher@sparacinopllc.com; tejinder.singh@sparacinopllc.com; anthony.asuncion@sparacinopllc.com; stacey.wilson@sparacinopllc.com; geoff.eaton@sparacinopllc.com; ryan.sparacino@sparacinopllc.com; Vincent Levy <vlevy@hsgllp.com>; Christopher M. Kim <CKim@hsgllp.com>; adam.goldstein@sparacinopllc.com
**Cc:** Stabile, Daniel Tramel <DStabile@winston.com>; Albin, Hollie M. <HMAlbin@winston.com>
**Subject:** RE: Troell v. Binance, BAM -First Production of Documents

Thania,

As we discussed, we have a few proposed additional search terms to run against the second Binance.US production made to the DOJ. Also, for the avoidance of doubt, I wanted to make sure you weren't excluding the search terms Binance excluded that Judge Vargas reserved decision on—we think those terms are highly relevant. I didn't understand you to be excluding those terms, but wanted to make sure that was correct.

Here are our proposed additional terms:
Zhao OR CZ
"Sam Lim" OR "Samuel Lim"
"Transfer Pricing"
"Performance review"
Audit
"Project 1776"
Heina OR Guangying
"Susan Li"

Best,
Ian

Ian Miller
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-5122 | Mobile: (336) 816-8349 | Bio
425 Lexington Ave | New York, New York 10017 | hsgllp.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Charmani, Thania <ACharmani@winston.com>
**Sent:** Wednesday, September 17, 2025 10:00 PM
**To:** Ian Miller <IMiller@hsgllp.com>; matt.fisher@sparacinopllc.com; tejinder.singh@sparacinopllc.com; anthony.asuncion@sparacinopllc.com; stacey.wilson@sparacinopllc.com; geoff.eaton@sparacinopllc.com; ryan.sparacino@sparacinopllc.com; Vincent Levy <vlevy@hsgllp.com>; Ariella Kahan <akahan@hsgllp.com>; adam.goldstein@sparacinopllc.com
**Cc:** Stabile, Daniel Tramel <DStabile@winston.com>; Albin, Hollie M. <HMAlbin@winston.com>
**Subject:** RE: Troell v. Binance, BAM -First Production of Documents

Let's try this again. New link attached. Will send the password momentarily. Thank you for your patience.



**THANIA CHARMANI**
PARTNER

T +1 (212) 294-4659
acharmani@winston.com

Admitted to practice in New York

**From:** Charmani, Thania
**Sent:** Wednesday, September 17, 2025 8:15 PM
**To:** imiller@hsgllp.com; matt.fisher@sparacinopllc.com; tejinder.singh@sparacinopllc.com; anthony.asuncion@sparacinopllc.com; stacey.wilson@sparacinopllc.com; geoff.eaton@sparacinopllc.com; ryan.sparacino@sparacinopllc.com; vlevy@hsgllp.com; akahan@hsgllp.com; adam.goldstein@sparacinopllc.com
**Cc:** Stabile, Daniel Tramel <DStabile@winston.com>; Albin, Hollie M. <HMAlbin@winston.com>
**Subject:** Troell v. Binance, BAM -First Production of Documents

Counsel,

Please see attached. The password to access the production will be sent under separate cover.

Best,
Thania



**THANIA CHARMANI**
PARTNER

T +1 (212) 294-4659

4

> acharmani@winston.com
>
> *Admitted to practice in New York*

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.