UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JOCELYN TROELL, individually, and for the estate of    :
STEPHEN TROELL, et al.,
:
                            Plaintiffs,         :          24-CV-07136 (JAV)
:
        -v-                     :          ORDER
:
BINANCE HOLDINGS LIMITED d/b/a BINANCE and  :
BINANCE.com, and CHANGPENG ZHAO,
:
                    Defendants.      :
:
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        By separate Opinion and Order issued today, this Court granted the pending motions to dismiss the First Amended Complaint, with leave to amend.  ECF No. 206.  Currently pending before the Court are a number of discovery motions, a motion to stay discovery, and motions to strike various references in the First Amended Complaint.

        In light of the Court's dismissal of the First Amended Complaint, all discovery in this matter is stayed.  All of the pending discovery motions and the motions to strike allegations in the First Amended Complaint are denied as moot.

        The conference scheduled for this Monday, March 9, 2026, is adjourned sine die.

        The Clerk of Court is instructed to terminate ECF Nos. 172, 173, 187, 190, 199, and 203.

        SO ORDERED.

Dated: March 6, 2026
      New York, New York                  _____
                                       JEANNETTE A. VARGAS
                                       United States District Judge