UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                                                       :
JOCELYN TROELL, individually, and for the estate of                    :
STEPHEN TROELL, et al.,                                                 :
                                                                       :
                              Plaintiffs,                              :          24-CV-07136 (JAV)
                                                                       :
            -v-                                                        :             ORDER
                                                                       :
BINANCE HOLDINGS LIMITED d/b/a BINANCE and                             :
BINANCE.com, and CHANGPENG ZHAO.                                       :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        The Court is in receipt of Plaintiffs' letter motion seeking a preservation order. By no later
than March 12, 2026, counsel for Defendant Binance Holdings Ltd. shall submit a letter to the Court
advising whether, with respect to any executive that has been designated as a document custodian in
this matter, all applications with auto-delete functionality (including Signal, WhatsApp, WeChat,
and Telegram), as well as phone text messaging applications, have auto-delete turned off. Counsel
shall also confirm when such functionality was turned off.

SO ORDERED. Dated:

        March 6, 2026                            _____
        New York, New York                         JEANNETTE A. VARGAS
                                                   United States District Judge