UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                        :
JOCELYN TROELL, individually, and for the estate of     :
STEPHEN TROELL, et al.,                                 :
                                                        :
                          Plaintiffs,                   :          24-CV-07136 (JAV)
                                                        :
            -v-                                         :          ORDER
                                                        :
BINANCE HOLDINGS LIMITED d/b/a BINANCE and              :
BINANCE.com, and CHANGPENG ZHAO.                        :
                                                        :
                          Defendants.                   :
                                                        :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        Defendant Binance Holdings Ltd. seeks clarification of its obligation to comply with an
order that was issued by the Court on March 6, 2026, but that was not docketed by the Clerk's
office until March 9, 2026.  ECF No. 211.  The Court had simultaneously stayed discovery in this
case pending Plaintiffs' amendment of its Complaint and denied pending discovery motions as
moot.  ECF No. 208.

        While the Court has stayed discovery, this case is not closed.  Moreover, this Court retains
the inherent authority to determine if counsel and the parties are abiding by their preservation
obligations.  Accordingly, Defendant shall comply with the Court's order docketed at ECF No. 211.

.

        SO ORDERED.

Dated: March 11, 2026                           _____
        New York, New York                           JEANNETTE A. VARGAS
                                                     United States District Judge