SPARACINO PLLC

1920 L Street, NW, Suite 835, Washington, DC 20036
(202) 629-3530 | sparacinopllc.com

April 13, 2026

**VIA ECF**

Honorable Jeannette A. Vargas
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 703
New York, NY, 10007-1312

RE: Joint Letter Motion for Extension of Time to File Amended Complaint, *Troell et al. v. Binance Holdings Ltd. et al.*, No.1:24-cv-07136 (JAV)

Dear Judge Vargas:

Pursuant to Local Civil Rule 7.1(e) and Your Honor's Individual Rule 3(E), Plaintiffs and Defendants have conferred and respectfully request this Court to extend the time for Plaintiffs to file a Second Amended Complaint ("SAC"), and to set a briefing schedule for the ensuing motion practice.

Plaintiffs move to extend the time to file the SAC by 60 days—from May 5, 2026 until July 6, 2026.[1] This is Plaintiffs' first request to extend the time to file the SAC. The parties are not currently scheduled to appear before the Court.

Plaintiffs submit that the additional time is necessary to, among other things: (a) revise the allegations in accordance with the Court's March 6, 2026 Opinion and Order (Dkt. No. 206); (b) carefully streamline the prior complaint to remove unnecessary detail and allegations; (c) permit discussions between Plaintiffs' counsel and their clients, which consist of over 500 individuals. Plaintiffs also require additional time because one of the primary lawyers responsible for this case welcomed his first child and began his parental leave just a few days before the Court adjudicated the prior motion to dismiss. The requested extension will allow Plaintiffs and the Court to benefit from the attention of counsel who have been most involved in Plaintiffs' claims since well before the case was filed nearly 18 months ago.

Plaintiffs and Defendants additionally have agreed upon the following proposed schedule for Defendants' response to the SAC:

Motions to dismiss due September 4, 2026 (60 days after the filing of the SAC)

Oppositions due November 3, 2026 (60 days after the filing of Defendants' motions)

Replies due December 3, 2026 (30 days after the filing of Plaintiffs' opposition(s))

The parties agree that discovery should remain stayed until the adjudication of the anticipated motions to dismiss the SAC.

---

[1] Sixty days following May 5, 2026 would fall on Saturday, July 4, 2026. Under Fed. R. Civ. P. 6(a)(1)(C), the deadline to amend would automatically extend to the end of the next business day, which is Monday, July 6, 2026.

Respectfully submitted,

*/s/ Christopher N. LaVigne*
Christopher N. LaVigne
*Counsel for Defendant*
*Binance Holdings Limited*

*/s/ Tejinder Singh*
Tejinder Singh
*Counsel for Plaintiffs*

*/s/ Joanna F. Wasick*
Joanna F. Wasick
*Counsel for Defendant*
*Changpeng Zhao*

*/s/ Thania Charmani*
Thania Charmani
*Counsel for Defendant BAM*
*Trading Services Inc.*

cc: All counsel of record (by ECF)