AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

|  |  |
|---|---|
| Troell et al. | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:24 cv 07136 JAV |
| Binance Holdings Ltd. et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Troell et al.

Date: _____05/27/2026_____

_Attorney's signature_

Jack Millman 5517180
*Printed name and bar number*

425 Lexington Avenue
New York, NY 10017 3903

*Address*

jmillman@hsgllp.com
*E-mail address*

(646) 837 8629
*Telephone number*

(646) 837 0327
*FAX number*