**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

JOCELYN TROELL, individually and for the estate of STEPHEN TROELL, *et al.*,

        Plaintiffs,

        v.

BINANCE HOLDINGS LIMITED d/b/a BINANCE and BINANCE.COM, *et al.*,

        Defendants.

Case No.: 1:24-cv-7136 (JAV)

**MOTION FOR WITHDRAWAL AS COUNSEL OF RECORD**

Pursuant to Local Rule 1.4(b), undersigned counsel respectfully submits this motion to withdraw as counsel of record for Plaintiffs in this matter. Undersigned counsel has accepted a one-year judicial clerkship and will shortly leave Holwell, Shuster & Goldberg in advance of that clerkship.

Plaintiffs will continue to be represented by attorneys of record from Holwell, Shuster & Goldberg as well as attorneys of record from Sparacino PLLC. No party will be prejudiced by the granting of this motion. No deadlines or scheduled proceedings in this matter will be affected by the granting of this motion. Undersigned counsel is not asserting a retaining or charging lien.

Dated: May 29, 2026

Respectfully submitted,

*/s/ Ian Miller*
Ian Miller

1